**No. 53248.**—J. D. Smith Co., Inc. v. United States, protests 517368–G, etc. (New York).

Opinion by Rao, J. It was stipulated that the merchandise is the same in all material respects as the gloves which were the subject of *United States* v. *Julius Kayser & Co.* (33 C. C. P. A. 179, C. A. D. 333). The claim of the plaintiff was therefore sustained.

**No. 53249.**—W. T. Grant Company v. United States, protests 654531–G, etc. (New York).

Opinion by Rao, J. It was stipulated that the merchandise is the same in all material respects as the gloves which were the subject of *United States* v. *Julius Kayser & Co.* (33 C. C. P. A. 179, C. A. D. 333). The claim of the plaintiff was therefore sustained.